Kimberly S. Hutchison (SBN 288682)
SINGLETON SCHREIBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Fax: (619) 255-1515
khutchison@singletonschreiber.com

Nandan M. Joshi (admitted pro hac vice)
Allison M. Zieve (admitted pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
njoshi@citizen.org
azieve@citizen.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ALLISON M. GILL,
Plaintiff,
v.
UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, *in his official capacity as Attorney General*; ANTI-WEAPONIZATION FUND; and UNITED STATES OF AMERICA,
Defendants.

Case No. 3:26-cv-03283-CAB-DDL

**DECLARATION OF ALLISON M. GILL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Date Filed: August 21, 2026

I, Allison M. Gill, declare as follows:

1. My name is Allison M. Gill. I am over 18 years old. The information in this declaration is based on my personal knowledge and experience.

2. I am currently the Chief Executive Officer of MSW Media, Inc. MSW Media provides support to multiple podcasters who discuss politics, news, and the arts. I also co-host *The Daily Beans*, *Unjustified*, and *Cleanup on Aisle 45* podcasts. I operate the website The Breakdown with Allison Gill, which posts information about my podcast appearances and other items about contemporary news and politics. I frequently post my views on news and politics on social media using the handle "Mueller, She Wrote."

3. I previously worked as a Health System Specialist at the Department of Veterans Affairs under the Obama and the first Trump administration. In that role, I served as the Department's liaison with the Department of Defense's TRICARE office in San Diego.

4. In 2017, I began broadcasting the podcast *Mueller, She Wrote*. The podcast focused on events relating to the investigation by special counsel Robert Mueller into Russian interference in the 2016 presidential election in support of President Trump. On my podcast, I often expressed views critical of President Trump.

5. I believe that my work on the *Mueller, She Wrote* podcast and my views on President Trump caused the Department to target me for retaliatory actions that ultimately resulted in my separation from the Department in March 2020.

6. In 2023, I filed suit in the U.S. District Court for the Southern District of California against various Department officials for employment-related claims.

7. On or about May 18, 2026, I learned that the federal government had reached a settlement agreement with President Trump that directs the Attorney General to establish a new fund to provide compensation to victims of what the

agreement calls "Lawfare" or "Weaponization." The stated purpose of this fund was to compensate individuals targeted by government "for improper and unlawful political, personal, and/or ideological reasons."

8. Based on my experience at the Department of Veterans Affairs, I believe that I have a claim for compensation as a victim of improper governmental targeting for political, personal, or ideological reasons.

9. Although I intend to file a claim with the fund, I have significant concerns about how then-Acting Attorney General Todd Blanche and the Department of Justice set up the fund.

10. For instance, Mr. Blanche allocated $1.776 billion to pay all claims, including claims made by convicted criminals who participated in the January 6, 2021, assault on Congress. I do not know how Mr. Blanche calculated this amount or whether it will be sufficient to pay all claims, including mine. I am aware that President Trump has pardoned the individuals who took part in the January 6 assault. I am concerned that allowing them to participate in the fund will put at risk my ability to receive full compensation on my claim. I would have commented on this issue if the Department of Justice had published a proposed rule and provided an opportunity for comment.

11. Exacerbating these concerns is the fact that the fund will stop paying claims on December 1, 2028. I am not aware of the reason this arbitrary deadline was selected, other than fact that it is specified in the settlement agreement with President Trump. I am worried that, in processing claims, officials will favor President Trump's political allies and supporters over claimants like me, putting my claim at risk of not being resolved before the cut-off date. I would have commented on this issue if the Department of Justice had published a proposed rule and provided an opportunity for comment.

12. I am also concerned that any compensation I do receive will not be legally valid. For instance, I am aware that the settlement agreement calls for the fund to be managed by five officials appointed by the Attorney General, but who would not be Senate-confirmed. I am skeptical that this arrangement is constitutional. If it is not constitutional, then any payment that I received might be invalid and could be subject to recoupment. I would have submitted comment on this issue if the Department of Justice had published a proposed rule and provided an opportunity for comment.

13. I am aware that, after I filed this action, Mr. Blanche told congressional committees that the fund was "dead" and not moving forward. I am also aware, based on reporting and social media posts, that Mr. Blanche agreed to issue a new order purporting to rescind his original order creating the fund in order to convince Senators Cornyn and Tillis to support his nomination as Attorney General. I do not believe Mr. Blanche's assurances that he will not attempt to carry out the terms of the settlement agreement in the future. To my knowledge, neither Mr. Blanche nor President Trump has repudiated or nullified the settlement agreement that called for the fund to be created and that specified how the fund would operate. Now that Mr. Blanche has been confirmed as Attorney General, I am concerned that he will act at a more opportune time in the future to implement the settlement agreement and carry out President Trump's wishes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Diego, California on August 20, 2026.

[signature]

Allison M. Gill



Scanned with Scanner App