Kimberly S. Hutchison (SBN 288682)
SINGLETON SCHREIBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Fax: (619) 255-1515
khutchison@singletonschreiber.com

Nandan M. Joshi (admitted pro hac vice)
Allison M. Zieve (admitted pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
njoshi@citizen.org
azieve@citizen.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLISON M. GILL,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, *in his official capacity as Attorney General*; ANTI-WEAPONIZATION FUND; and UNITED STATES OF AMERICA,<br>Defendants. | Case No. 3:26-cv-03283-CAB-DDL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date Filed: August 21, 2026 |

Pursuant to Federal Rule of Evidence 201, Plaintiff Allison M. Gill respectfully requests that this Court take judicial notice of the following documents, which constitute evidence in support of Plaintiff's Motion for Summary Judgment, filed concurrently herewith.

## I. INTRODUCTION

Federal Rule of Evidence 201(b) provides that judicial notice may be taken of a fact "that is not subject to reasonable dispute" because it either "is generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Plaintiff requests that this Court take judicial notice of three types of records.

First, Exhibits 1, 2, 3, 4, and 6 to the declaration of undersigned counsel reflect records available from government-run websites. "Documents published on government-run websites are proper for judicial notice given their reliability." *Eidmann v. Walgreen Co.*, 522 F. Supp. 3d 634, 642 (N.D. Cal. 2021) (citing *Daniels-Hall v. Nat'l Educ. Ass'n* 629 F.3d 992, 998 (9th Cir. 2010)); *Gerritsen v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) ("[T]he court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." (internal citation omitted)). Exhibits 1, 3, 4, and 6 are documents or select portions of documents available at the Uniform Resource Locator (URL) indicated. Exhibit 2 consists of a transcription of select portions of a congressional committee hearing, a video record of which is available at the URL indicated. Because each of those URLs point to a government-run (*i.e.*, .gov) website, the Court may take judicial notice of both the information presented in Exhibits 1, 2, 3, 4, and 6 and the entirety of the record available from the website.

Second, Exhibit 5 to the declaration of undersigned counsel consists of reproductions of posts of government officials on the social media sites of TruthSocial.com or X.com. Each of the reproductions is accompanied by a URL indicating the source from which it was obtained. "[C]ourts have taken judicial notice of tweets because 'the existence of the publicly-available articles and tweets cannot reasonably be questioned.'" *Napear v. Bonneville Int'l Corp.*, 669 F. Supp. 3d 948, 959 (E.D. Cal. 2023) (quoting *Unsworth v. Musk*, No. 19-mc-80224, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019)); *see also Al-Ahmed v. Twitter, Inc.*, 603 F. Supp. 3d 857, 866 (N.D. Cal. 2022) ("Proper subjects of judicial notice when ruling on a motion to dismiss include public[ly] accessible websites." (internal quotation marks omitted)); *Matthews v. Nat'l Football League Mgmt. Council*, 688 F.3d 1107, 1113 n.5 (9th Cir. 2012) (taking judicial notice of information on the National Football League's website).

Third, Plaintiff's memorandum in support of her motion for summary judgment cites filings in federal court proceedings. This Court may take notice of "documents on file in state or federal courts" as "[u]ndisputed matters of public record." *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1131–32 (9th Cir. 2012); *see also United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) ("[Courts] may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue."); *Life Bliss Found. v. Sun TV Network Ltd.*, 2014 WL 12589657, at *6 (C.D. Cal. Sept. 17, 2014) (noting that judicial notice is appropriate where a litigant "provide[s] reference and case numbers for the documents requested for judicial notice, showing that they were in fact court documents and matters of public record").

## II. REQUEST FOR JUDICIAL NOTICE

The following exhibits are attached to the declaration of undersigned counsel:

1. **Exhibit 1**: A PDF printout of the webpage entitled "Justice Department Announces Anti-Weaponization Fund," hosted at the URL https://www.justice.gov/opa/pr/justice-department-announces-anti-weaponization-fund.

2. **Exhibit 2:** A transcription of a select portion of the testimony of Acting Attorney General Todd Blanche at a June 2, 2026, hearing before the Subcommittee on Commerce, Justice, Science, and Related Agencies of the House Committee on Appropriations. A video recording of the hearing is available at the URL https://appropriations.house.gov/schedule/hearings/oversight-hearing-department-justice-0.

3. **Exhibit 3:** A select portion of an unofficial transcript of Acting Attorney General Todd Blanche at a July 15, 2026, hearing before the Senate Committee on the Judiciary. The entire transcript is available at the URL https://www.justice.gov/ag/media/1455261/dl, beginning on page 3 of the file hosted at that URL.

4. **Exhibit 4:** A compilation of the following social media posts:

   a. Senator John Cornyn at 12:30 pm on June 28, 2026, on X.com, https://x.com/JohnCornyn/status/2082141659786051682.

   b. President Donald J. Trump at 11:15 am on July 30, 2026, on TruthSocial.com, https://truthsocial.com/@realDonaldTrump/posts/117009581290419286.

   c. President Donald J. Trump at 7:30 am on July 31, 2026, on TruthSocial.com, https://truthsocial.com/@realDonaldTrump/posts/117014253232654593.

d. Senator Thom Tillis at 11:18 am on July 31, 2026, on X.com, https://x.com/SenThomTillis/status/2083210673819881724.

e. President Donald J. Trump at 7:32 am on August 1, 2026, on TruthSocial.com, https://truthsocial.com/@realDonaldTrump/posts/117020029291674756.

f. Senator Thom Tillis at 8:21 am on August 1, 2026, on X.com, https://x.com/SenThomTillis/status/2083528424199537032.

g. Then-Acting Attorney General Todd Blanche at 11:09 pm on August 2, 2026, on X.com, https://x.com/AGToddBlanche/status/2084114427813437897.

h. Senator Thom Tillis at 10:54 am on August 3, 2026, on X.com, https://x.com/SenThomTillis/status/2084291734884770240.

i. Senator John Cornyn at 12:40 pm on August 3, 2026, on X.com, https://x.com/JohnCornyn/status/2084318515213844618.

j. Senator John Cornyn at 1:11 pm on August 4, 2026, on X.com, https://x.com/JohnCornyn/status/2084318515213844618.

5. **Exhibit 5:** An order executed by Acting Attorney General Todd Blanche on August 2, 2026, available at the URL https://www.justice.gov/ag/media/1455261/dl, at pages 1 to 2 of the file hosted at that URL.

6. **Exhibit 6**: Selected pages of Acting Attorney General Todd Blanche's responses to Questions for the Record dated July 17, 2026, as submitted to the Senate Committee on the Judiciary. The entire response is available at the URL https://www.judiciary.senate.gov/imo/media/doc/98781d53-bdcc-75d8-c507-1b1bca492142/2026-07-15_QFR-Responses_Blanche_687007f1-363d-40d9-b7da-356b52dc448d.pdf.

In addition to the above-referenced exhibits, Plaintiffs' motion for summary judgment references the existence of or documents filed in the following federal cases:

- *Trump v. Internal Rev. Serv.*, No. 1:26-cv-20609 (S.D. Fla.)
- *Floyd v. DOJ*, No. 1:26-cv-1399 (E.D. Va.)
- *Dunn v. Bessent*, No. 1:26-cv-1719 (D.D.C.)
- *Citizens for Ethics and Responsibility in Washington v. DOJ*, No. 1:26-cv-1789 (D.D.C.)
- *Gordon v. Blanche*, No. 1:26-cv-1907 (D.D.C.)

## III. CONCLUSION

For the above reasons, each of the documents contained and referenced within this Request for Judicial Notice is "accurately and readily determined from sources whose accuracy cannot reasonably be questioned" under Federal Rule of Evidence 201(b)(2).

Dated: August 21, 2026

Respectfully submitted,

PUBLIC CITIZEN LITIGATION GROUP

/s/ Nandan M. Joshi
NANDAN M. JOSHI

*Counsel for Plaintiff Allison M. Gill*
Email: njoshi@citizen.org