Kimberly S. Hutchison (SBN 288682)
SINGLETON SCHREIBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Fax: (619) 255-1515
khutchison@singletonschreiber.com

Nandan M. Joshi (admitted pro hac vice)
Allison M. Zieve (admitted pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
njoshi@citizen.org
azieve@citizen.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLISON M. GILL,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, *in his official capacity as Attorney General*; ANTI-WEAPONIZATION FUND; and UNITED STATES OF AMERICA,<br>Defendants. | Case No. 3:26-cv-03283-CAB-DDL<br><br>**DECLARATION OF NANDAN M. JOSHI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date Filed: August 21, 2026 |

I, Nandan M. Joshi, declare as follows:

1. I am an attorney at Public Citizen Litigation Group and represent the plaintiff in this action.

2. Attached as **Exhibit 1** is a true and accurate copy of a webpage entitled "Justice Department Announces Anti-Weaponization Fund," from the Uniform Resource Locator (URL) https://www.justice.gov/opa/pr/justice-department-announces-anti-weaponization-fund, as printed to PDF format on August 13, 2026.

3. Attached as **Exhibit 2** is a true and accurate transcription of a select portion of the testimony of Acting Attorney General Todd Blanche at a June 2, 2026, hearing before the Subcommittee on Commerce, Justice, Science, and Related Agencies of the House Committee on Appropriations, as reflected in the video available at the URL https://appropriations.house.gov/schedule/hearings/oversight-hearing-department-justice-0.

4. Attached as **Exhibit 3** is a true and accurate reproduction of select portions of the testimony of Acting Attorney General Todd Blanche at a July 15, 2026, hearing before the Senate Committee on the Judiciary, as reflected in an unofficial transcript released by the Department of Justice on August 2, 2026, and available at the URL https://www.justice.gov/ag/media/1455261/dl, beginning on page 3 of the file hosted at that URL.

5. Attached as **Exhibit 4** are true and accurate copies of the following social media posts:

a. Senator John Cornyn at 12:30 pm on June 28, 2026, on X.com, https://x.com/JohnCornyn/status/2082141659786051682.

b. President Donald J. Trump at 11:15 am on July 30, 2026, on TruthSocial.com, https://truthsocial.com/@realDonaldTrump/posts/117009581290419286.

c. President Donald J. Trump at 7:30 am on July 31, 2026, on TruthSocial.com, https://truthsocial.com/@realDonaldTrump/posts/117014253232654593.

d. Senator Thom Tillis at 11:18 am on July 31, 2026, on X.com, https://x.com/SenThomTillis/status/2083210673819881724.

e. President Donald J. Trump at 7:32 am on August 1, 2026, on TruthSocial.com, https://truthsocial.com/@realDonaldTrump/posts/117020029291674756.

f. Senator Thom Tillis at 8:21 am on August 1, 2026, on X.com, https://x.com/SenThomTillis/status/2083528424199537032.

g. Then-Acting Attorney General Todd Blanche at 11:09 pm on August 2, 2026, on X.com, https://x.com/AGToddBlanche/status/2084114427813437897.

h. Senator Thom Tillis at 10:54 am on August 3, 2026, on X.com, https://x.com/SenThomTillis/status/2084291734884770240.

i. Senator John Cornyn at 12:40 pm on August 3, 2026, on X.com, https://x.com/JohnCornyn/status/2084318515213844618.

j. Senator John Cornyn at 1:11 pm on August 4, 2026, on X.com, https://x.com/JohnCornyn/status/2084318515213844618.

6. Attached as **Exhibit 5** is a true and accurate copy of an order executed by Acting Attorney General Todd Blanche on August 2, 2026, available at the URL https://www.justice.gov/ag/media/1455261/dl, on pages 1 and 2 of the file hosted at that URL.

7. Attached as **Exhibit 6** is a true and accurate copy of selected pages of Acting Attorney General Todd Blanche's responses to Questions for the Record

dated July 17, 2026, submitted to the Senate Committee on the Judiciary, and available from the Judiciary Committee's website at the URL https://www.judiciary.senate.gov/imo/media/doc/98781d53-bdcc-75d8-c507-1b1bca492142/2026-07-15_QFR-Responses_Blanche_687007f1-363d-40d9-b7da-356b52dc448d.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington, District of Columbia on August 21, 2026.

/s/ Nandan M. Joshi
Nandan M. Joshi

# INDEX TO EXHIBITS

## Declaration of Nandan M. Joshi in Support of Plaintiff's Motion for Summary Judgment


| Exhibit | Document | Pages |
|---|---|---|
| 1 | Webpage entitled "Justice Department Announces Anti-Weaponization Fund" (DOJ Notice) | 1–5 |
| 2 | June 2, 2026, congressional testimony of Acting Attorney General Todd Blanche | 6–7 |
| 3 | July 15, 2026, congressional testimony of Acting Attorney General Todd Blanche | 8–16 |
| 4 | Compilation of social media posts by President Trump, Senators Cornyn and Tillis, and Acting Attorney General Todd Blanche | 17–27 |
| 5 | August 2, 2026, Order of Acting Attorney General Todd Blanche (Rescission Order) | 28–30 |
| 6 | July 17, 2026, responses by Acting Attorney General Todd Blanche to Questions for the Record of the Senate Judiciary Committee | 31–40 |