**Exhibit 1**

**Declaration of Nandan M. Joshi in Support of Plaintiff's Motion for Summary Judgment**

**Gill v. U.S. Department of Justice *et al*.**

**Case No. 3:26-cv-03283-CAB-DDL**

PRESS RELEASE

# Justice Department Announces Anti-Weaponization Fund

Monday, May 18, 2026

**For Immediate Release**

Office of Public Affairs

## Part of settlement agreement in President Donald J. Trump v. Internal Revenue Service

The U.S. Department of Justice today announced that as a part of the settlement agreement in *President Donald J. Trump v. Internal Revenue Service,* the Attorney General established "The Anti-Weaponization Fund" to provide a systematic process to hear and redress claims of others who suffered weaponization and lawfare.

The plaintiffs in the case, President Donald J. Trump, Donald J. Trump, Jr., Eric Trump, and the Trump Organization, LLC, filed suit against the Treasury and IRS in Southern District of Florida federal court following the leak of their tax returns. Per the settlement, plaintiffs will receive a formal apology but no monetary payment or damages of any kind. They have agreed, in exchange for the creation of this fund, to drop their pending lawsuit with prejudice, and also withdraw two administrative claims including for damages resulting from the unlawful raid of Mar-a-Lago and the Russia-collusion hoax.

"The machinery of government should never be weaponized against any American, and it is this Department's intention to make right the wrongs that were previously done while ensuring this never happens again," said Acting Attorney General Todd Blanche. "As part of this settlement,

we are setting up a lawful process for victims of lawfare and weaponization to be heard and seek redress."

"The use of government power to target individuals or entities for improper and unlawful political, personal, or ideological reasons should not be tolerated by any Administration," said Principal Associate Deputy Attorney General Trent McCotter.

The Fund will have the power to issue formal apologies and monetary relief owed to claimants. Submission of a claim is voluntary. There are no partisan requirements to file a claim. Any money left when the Fund ceases operations will revert to the Federal Government.

The Fund will receive $1.776 billion and will come from the judgment fund, which is a perpetual appropriation allowing DOJ to settle and pay cases. On a quarterly basis, the Fund shall send a report to the Attorney General outlining who has received relief and what form of relief was awarded.

At the Attorney General's direction, the Fund can be audited. The Fund must take steps to protect private information and avoid fraud. The Fund shall cease processing claims no later than December 1, 2028.

There is legal precedent for such a Fund, most notably the "*Keepseagle*" case where the Obama Administration created a $760 million fund to redress various claims alleging racism against the federal government over a period of decades.

In *Keepseagle*, hundreds of millions of dollars remaining in the fund were distributed to non-profits and NGOs that never made claims, whereas any money remaining in The Anti-Weaponization Fund will revert to the federal government. The Obama DOJ settled by putting $680 million from the judgment fund into a bank account for a single claims administrator to dole out. In *Keepseagle* the remaining money — which ended up being over $300 million — was distributed to the entities that had not even submitted claims.

The Fund will consist of five members appointed by the Attorney General. One Member will be chosen in consultation with congressional leadership. The President can remove any member, but a replacement must be chosen the same way as the replaced member was selected.

*Updated May 19, 2026*

**Component**

Office of the Attorney General

Press Release Number: 26-512

# Related Content

PRESS RELEASE

## Justice Department Files Record 25 Denaturalization Cases Against Naturalized Criminals Including Attempted Murderers, Spousal Abusers, and Child Sex Offenders

The Department of Justice announced today that it filed denaturalization actions in various U.S. district courts against 25 individuals accused of serious offenses — including attempted first-degree murder and assault...

August 3, 2026

PRESS RELEASE

## Acting Attorney General Blanche Issues Updated Guidance to Strengthen Federal Religious Liberty Protections

Today, the Department of Justice announced the release of updated guidance on federal protections for religious liberty, reaffirming the administration's commitment to safeguarding the constitutional rights of religious individuals and...

July 23, 2026

PRESS RELEASE

## Justice Department Announces $400 Million Settlement to Provide for Healthcare Costs of the Alaska Native Tribal Health Consortium

The Justice Department announced its authorization of the settlement of a lawsuit brought by the Alaska Native Tribal Health Consortium (ANTHC) for contract support costs owed under the Indian Self-Determination...

July 21, 2026

**Office of Public Affairs**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000