# Exhibit 2

**Declaration of Nandan M. Joshi in Support of Plaintiff's Motion for Summary Judgment**

**Gill v. U.S. Department of Justice *et al*.**

**Case No. 3:26-cv-03283-CAB-DDL**

**Exhibit 2**

**Declaration of Nandan M. Joshi in Support of Plaintiff's Motion for Summary Judgment**

**Gill v. U.S. Department of Justice *et al*.**

**Case No. 3:26-cv-03283-CAB-DDL**

*Oversight Hearing—Department of Justice*, Hearing before the Subcommittee on Commerce, Justice, Science, and Related Agencies of the House Committee on Appropriations (June 2, 2026)

**Testimony of Acting Attorney General Todd Blanche**

The following is a transcription of Mr. Blanche's testimony between approximately 40:31 to 40:42:

> "So thank you, so look, we're not moving forward with the fund. You're right that there's a date that in the case in the eastern district of Virginia in June, but we are not moving forward with the fund, period."

A full video record of the hearing is available at the following link:

https://appropriations.house.gov/schedule/hearings/oversight-hearing-department-justice-0