**Exhibit 4**

**Declaration of Nandan M. Joshi in Support of Plaintiff's Motion for Summary Judgment**

**Gill v. U.S. Department of Justice *et al*.**

**Case No. 3:26-cv-03283-CAB-DDL**

# Exhibit 4

## Declaration of Nandan M. Joshi in Support of Plaintiff's Motion for Summary Judgment

## Gill v. U.S. Department of Justice *et al.*

## Case No. 3:26-cv-03283-CAB-DDL

## SOCIAL MEDIA POSTS



**Senator John Cornyn**
@JohnCornyn

Fake news alert: there is no "deal" on Blanche nom.  They know what they have to do.

12:30 PM · Jul 28, 2026 · **982.1K** Views

(https://x.com/JohnCornyn/status/2082141659786051682)



**Donald J. Trump**
@realDonaldTrump

Todd Blanche is a STAR, and everyone knows it! He has the potential to go down as one of the Greatest Attorney Generals of All Time. However, John Cornyn, of Texas, and Thom Tillis, of North Carolina, both of whom I refused to Endorse, and whose political careers have been ended by my action, are refusing to vote for this Great Nominee, who will remain, in any event, as Acting. Remember, both Cornyn and Tillis voted for Merrick Garland, and others, too numerous to mention. I have no objection to temporarily withdrawing Todd's name, if they do not do the right thing, and putting him back after Cornyn and Tillis are out of office. President DONALD J. TRUMP

**9.32k** ReTruths **36.6k** Likes Jul 30, 2026, 11:15 AM

(https://truthsocial.com/@realDonaldTrump/posts/117009581290419286)



**Donald J. Trump**
@realDonaldTrump

John Cornyn never had a problem with the so called "Fund," which will not benefit me, but rather the great American Patriots who were hunted down like dogs and whose lives were unfairly and illegally destroyed by the Crooked Joe Biden Administration, until after I decided to Endorse and Support his Republican Primary opponent in Texas, who easily won the Nomination for the United States Senate. Perhaps there has never been a group of people treated so badly in our Nation's history. They are suffering still, many ruined, and I felt that they should be given compensation for what has been done to them. I gave up any payments for myself, which would have been substantial, including for the illegal and unprecedented raid on Mar-a-Lago, my home in Florida, even though many legal experts, and others, including John Cornyn, said it was a shocking and disgusting display of "weaponization" against me. Such an event has never happened before, and hopefully will never happen again! I will always feel that these victims of government abuse should be paid back for what they were forced to endure, their lives have been ruined! Millions of people agree with me, as was proven in my landslide Presidential win, where this was a major subject of debate, and so did John Cornyn, until he lost his Election to an opponent that I Endorsed. Todd Blanche, a good man, should be immediately approved as U.S. Attorney General. Thank you for your attention to this matter! President DONALD J. TRUMP

**6.51k** ReTruths **22.8k** Likes Jul 31, 2026, 7:03 AM

(https://truthsocial.com/@realDonaldTrump/posts/117014253232654593)

**Senator Thom Tillis**
@SenThomTillis

The President made it clear today that the so-called Anti Weaponization Fund is still alive, which is exactly why we are attempting to formally end it. While I never disagreed that the Biden Administration pursued a number of vindictive prosecutions related to January 6, the criminals who assaulted police officers and defiled our nation's Capitol are not "great American patriots" who are "victims of government abuse." Anyone who attacked law enforcement should still be in prison, not getting a check from the federal government.

Senator Cornyn and I have been working with Acting AG Todd Blanche to end the Anti Weaponization Fund, and he has been forthright, thoughtful and patient. It's a shame his confirmation has hit a snag only because an incompetent personal advisor to the President refuses to amend the

← **Post**

taxpayer dollars.

**Anthony Adragna** @AnthonyAdragna · Jul 31
President Trump still talking up the $1.776 billion anti-weaponization fund that has snarled Todd Blanche's nomination to AG.

**Donald J. Trump**
@realDonaldTrump

John Cornyn never had a problem with the so called "Fund," which will not benefit me, but rather the great American Patriots who were hunted down like dogs and whose lives were unfairly and illegally destroyed by the Crooked Joe Biden Administration, until after I decided to Endorse and Support his Republican Primary opponent in Texas, who easily won the Nomination for the United States Senate. Perhaps there has never been a group of people treated so badly in our Nation's history. They are suffering still, many ruined, and I felt that they should be given compensation for what has been done to them. I gave up any payments for myself, which would have been substantial, including for the illegal and unprecedented raid on Mar-a-Lago, my home in Florida, even though many legal experts, and others, including John Cornyn, said it was a shocking and disgusting display of "weaponization" against me. Such an event has never happened before, and hopefully will never happen again! I will always feel that these victims of government abuse should be paid back for what they were forced to endure, their lives have been ruined! Millions of people agree with me, as was proven in my landslide Presidential win, where this was a major subject of debate, and so did John Cornyn, until he lost his Election to an opponent that I Endorsed. Todd Blanche, a good man, should be immediately approved as U.S. Attorney General. Thank you for your attention to this matter! President DONALD J. TRUMP

**1.52k** ReTruths **4.99k** Likes Jul 31, 2026 at 7:03 AM

11:18 AM · Jul 31, 2026 · **1.2M** Views

(https://x.com/SenThomTillis/status/2083210673819881724)



**Donald J. Trump**
@realDonaldTrump

If Senators Cornyn and Tillis, both upset because I wouldn't Endorse them (they lost, and quit, respectively!), aren't going to approve Todd Blanche, one of the most respected professionals, according to everybody, in the Country, to be the United States Attorney General, then I will keep Todd as Acting A.G., and push hard to get the Anti-Weaponization Bill, which takes care of those who have been so badly treated by the Crooked Joe Biden (and Obuma!) Administration (I get nothing, although I was treated horribly!), PASSED. Todd Blanche was a voice of reason! It will immediately be back on the table, and I will get it done. Thank you for your attention to this matter! President DJT

**5.11k** ReTruths **18.7k** Likes Aug 01, 2026, 7:32 AM

(https://truthsocial.com/@realDonaldTrump/posts/117020029291674756)

**Senator Thom Tillis**
@SenThomTillis

Despite comments as late as yesterday that the fund is dead, President Trump clearly intends to resurrect the payout pot for punks either by inappropriately establishing another bogus fund or pushing Congress to vote for a bill that the majority of Republicans in the Senate would be against.

It's unfortunate that Todd Blanche, who I consider qualified for the job, will not be confirmed because of this reversal. Hopefully, we can resolve this by Tuesday.

> **Julie Tsirkin** @news_jul · Aug 1
> President Trump's insistence that his anti-weaponization fund is not only not going away, but now he wants LEGISLATION to codify it, is exactly why Senators Cornyn and Tillis wouldn't take Todd Blanche's word for it:
>
> **Donald J. Trump**
> @realDonaldTrump
>
> If Senators Cornyn and Tillis, both upset because I wouldn't Endorse them (they lost, and quit, respectively!), aren't going to approve Todd Blanche, one of the most respected professionals, according to everybody, in the Country, to be the United States Attorney General, then I will keep Todd as Acting A.G., and push hard to get the Anti-Weaponization Bill, which takes care of those who have been so badly treated by the Crooked Joe Biden (and Obuma!) Administration (I get nothing, although I was treated horribly!), PASSED. Todd Blanche was a voice of reason! It will immediately be back on the table, and I will get it done. Thank you for your attention to this matter! President DJT

8:21 AM · Aug 1, 2026 · **1.4M** Views

(https://x.com/SenThomTillis/status/2083528424199537032)



**Attorney General Todd Blanche**
@AGToddBlanche

My team and I have met with committee members and Senators over the past several weeks and addressed any concerns or outstanding questions. We have enjoyed good faith discussions, and as a result issue the following order and update with regard to the May IRS settlement. The Department always welcomes and appreciates productive engagement with all members of Congress.



Office of the Attorney General
Washington, D.C. 20530

August 2, 2026

Todd Blanche
Acting Attorney General



Office of the Attorney General
Washington, D.C. 20530

11:09 PM · Aug 2, 2026 · **1.1M** Views

(https://x.com/AGToddBlanche/status/2084114427813437897)



**Senator Thom Tillis**
@SenThomTillis

From the outset, Senator @JohnCornyn and I were clear that we needed a written document addressing our concerns on the IRS audit agreement and the anti-weaponization fund that included constraining the scope of audit protection by limiting it to the parties of the Settlement Agreement and legally ending the anti-weaponization fund.

We are pleased that the Department of Justice has issued a formal order terminating the anti-weaponization fund. Additionally, the Department has acknowledged in a binding written order that the audit settlement is limited to the plaintiffs and the scope does not extend beyond the defendants in the lawsuit, the IRS and the Treasury, addressing concerns that multiple of our Republican colleagues share.

We want to express our gratitude to Mr. Blanche and his staff for working with us on this, and we look forward to voting to advance his nomination out of the Senate Judiciary Committee soon.

10:54 AM · Aug 3, 2026 · **757.7K** Views

(https://x.com/SenThomTillis/status/2084291734884770240)



**Senator John Cornyn**
@JohnCornyn

From the outset, @SenThomTillis and I were clear that we needed a written document addressing our concerns on the IRS audit agreement and the anti-weaponization fund that included language constraining the scope of the audit protection by limiting it to the parties of the Settlement Agreement and ending the anti-weaponization fund.

We are pleased that the Department of Justice has issued a formal order terminating the anti-weaponization fund. Additionally, the Department has acknowledged in a binding written document that the audit settlement is limited to the plaintiffs and the scope does not extend beyond the defendants in the lawsuit, the IRS and the Treasury, addressing concerns that multiple of our Republican colleagues share.

We want to express our gratitude to Mr. Blanche for working with us on this, and we look forward to voting to advance his nomination out of @SenJudiciaryGOP soon.

12:40 PM · Aug 3, 2026 · **333K** Views

(https://x.com/JohnCornyn/status/2084318515213844618)

**Senator John Cornyn**
@JohnCornyn

Today, I voted in @SenJudiciaryGOP to advance @DAGToddBlanche's nomination for Attorney General of the U.S. to the Senate floor. I did so after @SenThomTillis & I came to an agreement with @TheJusticeDept & Mr. Blanche on a written document addressing our concerns on the IRS audit agreement and rescinding the anti-weaponization fund.

@POTUS needs someone in this role with a strong legal mind, but who also is close enough to him to give him confidential legal advice, and to tell him hard truths. I would advise Mr. Blanche not to be afraid to capitalize on that earned trust when necessary for the good of the country.

I'm glad we could address these issues in committee so his nomination could move forward.




From youtube.com

1:11 PM · Aug 4, 2026 · **56.4K** Views

(https://x.com/JohnCornyn/status/2084688633836040664)