Kimberly S. Hutchison (SBN 288682)
SINGLETON SCHREIBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Fax: (619) 255-1515
khutchison@singletonschreiber.com

Nandan M. Joshi (admitted pro hac vice)
Allison M. Zieve (admitted pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
njoshi@citizen.org
azieve@citizen.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLISON M. GILL,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, *in his official capacity as Attorney General*; ANTI-WEAPONIZATION FUND; and UNITED STATES OF AMERICA,<br>Defendants. | Case No. 3:26-cv-03283-CAB-DDL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date Filed: August 21, 2026 |

Pursuant to Federal Rule of Evidence 201, Plaintiff Allison M. Gill respectfully requests that this Court take judicial notice of the documents for which Plaintiff has requested judicial notice in connection with her motion for summary judgment. *See* Doc. 14-2. For the reasons stated in that request for judicial notice, the documents at issue reflect facts that are "not subject to reasonable dispute" because they are either "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "[M]aterials of which a district court may take judicial notice are not considered extrinsic evidence for purposes of Rules 12(b)(1) and 12(b)(6)" of the Federal Rules of Civil Procedure. *DeFiore v. SOC LLC*, 85 F.4th 546, 553 n.2 (9th Cir. 2023).

Dated: August 21, 2026

Respectfully submitted,

PUBLIC CITIZEN LITIGATION GROUP

/s/ Nandan M. Joshi
NANDAN M. JOSHI

*Counsel for Plaintiff Allison M. Gill*
Email: njoshi@citizen.org